# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH    DIVISION

| | | |
|---|---|---|
| WILLIAM J. CANTRELL et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. CV415-169 |
| | ) | |
| BRYAN COUNTY BOARD OF | ) | |
| EDUCATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

The Court having reviewed and considered the petition of William J. Cantrell of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 100 N. Tampa Street, Suite 3600, Tampa, Florida 33602, for permission to appear pro hac vice on behalf of plaintiffs William J. Cantrell et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter William J. Cantrell, as counsel of record for plaintiffs William J. Cantrell et al., in this case.

**SO ORDERED** this ___25th___ day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA