# EXHIBIT A

STATE OF GEORGIA
COUNTY OF BRYAN

## **RELEASE**

FOR AND IN CONSIDERATION of (1) the total sum of Three Thousand Five Hundred Dollars and No Cents ($3,500.00), made payable to William J. Cantrell, as the Administrator of the Estate of Rebecca A. Stephens"), and is, in part, for the benefit of Tommy Stephens, (2) the representation of the Superintendent of Schools that, to his knowledge, he has no reason to believe that Rebecca A. Stephens elected or attempted to elect any supplemental life insurance under any group policy sponsored by the Bryan County School District, and (3) the mutual covenants set forth below, the Undersigned do hereby release, remise and forever acquit the Bryan County School District, the Bryan County Board of Education and each and all of its past and present board members, agents, servants, attorneys and employees, both in their official and individual capacities, and the Georgia School Boards Association Risk Management Fund and each and all of its directors, officers, agents and employees of and from any and all rights, damages, claims, or suits arising out of the FLSA, as related to the employment of Rebecca A. Stephens with the School District.  The Undersigned hereby release any and all FLSA claims asserted in the lawsuit described below or FLSA claims in connection with the employment of Rebecca A. Stephens with the School District.  The payment set forth above is for compensatory and liquidated damages under the FLSA.

The Undersigned do hereby release, settle and extinguish forever all claims asserted in that certain lawsuit filed in the United States District Court for the Southern District of Georgia, Savannah Division, and entitled WILLIAM J. CANTRELL, as the Administrator of the ESTATE OF REBECCA A. STEPHENS and TOMMY L. STEPHENS, v. BRYAN COUNTY BOARD OF EDUCATION and AMERICAN UNITED LIFE INSURANCE COMPANY, Civil Action File No. 4:15-CV-169-WTM-GRS.  The Undersigned specifically authorize their attorney of record to file a dismissal with prejudice of all claims asserted in the above-described lawsuit against the released parties, upon approval of the Court.

The Undersigned understand and agree that they are fully responsible for any and all of the federal, state and local taxes and social security payments, if any, owed on the sums paid under this Agreement.  The parties to this Agreement acknowledge that no tax advice has been given, received or relied upon by any party to the other regarding any aspect of this Agreement.

This Agreement is to compromise a disputed claim and for no other purpose.  The Undersigned agree, understand, and acknowledge that the parties released hereby recognize, admit, or acknowledge no liability whatsoever to the Undersigned and, further, that the parties released hereby specifically deny any such liability.  Neither this Agreement nor any payment hereunder is to be construed as an admission of liability on the part of the parties released.

The Undersigned hereby warrant, covenant, and represent that prior to the execution of this Agreement they have not conveyed, transferred, pledged, hypothecated, or in any other manner whatsoever assigned or encumbered any of the rights, demands, damages, claims, suits, actions or causes of action released herein.

In entering into this Agreement, the Undersigned represent that they have relied upon the legal advice of their attorney who is the attorney of their own choice, and that the terms of this

Agreement have been completely read and explained to them by their attorney and that those terms are fully understood and voluntarily accepted by them.

This Release contains the entire agreement between the parties and shall be binding and inure to the benefit of the executors, administrators, representatives, successors and assigns of all parties hereto.

Executed under hand and seal of the Undersigned this _____ day of January, 2016.

_____
William J. Cantrell, as the Administrator of the Estate of Rebecca A. Stephens

_____
Tommy L. Stephens

This Release has been read, approved and the signature above witnessed by the undersigned attorney.

_____
William J. Cantrell, Attorney at Law