IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

WILLIAM J. CANTRELL, as the )
administrator of the Estate of )
Rebecca A. Stephens, and TOMMY )
L. STEPHENS, )
    )
    Plaintiffs, )
    )
v. )  CASE NO. CV415-169
    )
BRYAN COUNTY BOARD OF EDUCATION )
and AMERICAN UNITED LIFE )
INSURANCE COMPANY, )
    )
    Defendants. )
    )

### O R D E R

Before the Court is the parties' Joint Motion to Approve FLSA Settlement. (Doc. 28.) Pursuant to Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1350 (11th Cir. 1982), and 29 U.S.C. § 216(b), the Court must scrutinize the proposed settlement for fairness before entering a stipulated judgment. After careful consideration, the Court finds that the settlement is a fair and reasonable resolution of the parties' bona fide dispute.[1] Accordingly, the motion is **GRANTED** and the settlement terms contained in the motion are **APPROVED**. As a

---

[1] It seems a new year does indeed bring new beginnings. While it took some effort to get here, the parties should be commended for their motion, which is a textbook example of how to properly settle a FLSA claim.

result, this case is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 30th day of January 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2